[Nos. 42038-1-I; 43671-6-I.    Division One.    February 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL E.
PERDIGONE, *Appellant*.

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 97-1-00349-5, Anita L. Farris, J.,
entered January 16, 1998. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Webster and Cox, JJ.

[No. 42237-5-I.    Division One.    February 22, 2000.]

*In the Matter of the Detention of* BERNARD THORELL,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-12247-5, Richard D. Eadie, J., entered
February 13, 1998. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Grosse and Cox, JJ.

[No. 42244-8-I.    Division One.    February 22, 2000.]

HERBERT KROHN, *Appellant*, v. THE CITY OF SEATTLE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-08032-4, Michael J. Trickey, J., entered
November 20, 1997. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster and Cox, JJ.

[No. 43205-2-I.    Division One.    February 22, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK N.
PARRA, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-00959-1, Steven J. Mura, J., entered
July 16, 1998. *Reversed* by unpublished opinion per Appel-
wick, J., concurred in by Agid, A.C.J., and Ellington, J.